# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR383 |
| | ) | |
| SUNSHINE SHEREE RAMIREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Defendant's motion to continue (Filing No. 17) is granted.

**IT IS ORDERED** that the hearing on defendant's Motion to Suppress (Filing No. 14) is continued to **December 27, 2005, at 9:15 a.m.**, before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 13th day of December, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge